PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **SMITH, Tamara**                                                                 Docket No. **22-20682-001**

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Demetrius Hardy, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant **Tamara Smith** who was placed under pretrial release supervision by United States Chief Magistrate Judge David R. Grand sitting in the court at <u>Detroit, Michigan</u>, on March 2, 2021, under the following conditions:

    1) Report to Pretrial Services as directed.
    2) Travel restricted to the State of Michigan unless prior approval from the Court or Pretrial Services.
    3) Get medical or psychiatric treatment
    4) Not use or unlawfully possess a narcotic drug or other controlled substances.
    5) Substance use testing.
    6) Participate in drug treatment as deemed necessary by Pretrial Services.
    7) Report law enforcement contact to Pretrial Services within 24 hours of contact

    On September 6, 2022, a PS8 was submitted to the Court requesting a bond review hearing.

    On September 29, 2022, a Bond Review Hearing was held in front of United States Magistrate Judge Kimberly G. Stafford. The defendant was ordered to GPS home detention with essential and discretionary leave.

    On January 4, 2023, United States District Judge Paul D. Borman modified the defendant's bond conditions from GPS home detention to standalone monitoring.

    On April 26, 2023, a Bond Review Hearing was held before Your Honor. The defendant's GPS standalone monitoring was removed, and she was placed on Curfew: 1:00am-5:00am, with SmartLINK location monitoring technology. The following additional conditions were also ordered: Any changes in curfew to be approved by Pretrial Services; Check in with SmartLINK within no greater than five (5) minutes, at the direction of Pretrial Services; Enable location monitoring data on cellular device; Permit Pretrial Services to search cellular device as to location data; Not to enter a financial institution.

**Respectfully presenting petition for action of court and for cause as follows**:

On June 26, 2024, the defendant appeared in court before Your Honor for the purpose of sentencing. The defendant was sentenced to 36 months in the Bureau of Prisons (Count 1) and 24 months on Count 2, to be served consecutively to Count 1 for a total of 60 months followed by 3 years of supervised release. The defendant was allowed to remain on bond pending self-surrender. The conditions of pretrial release were unchanged and a voluntary surrender date of July 1, 2024 no later than 5:00pm was set by the Court.

On June 27, 2024, Your Honor signed an Order Amending the defendant's report date and time to Tuesday, July 2, 2024, by noon (12:00pm).

The defendant failed to self-surrender to the United States Marshals Service (Detroit) as directed by noon today, July 2, 2024.

Pretrial Services attempt to reach the defendant have been unsuccessful. Her current whereabouts are unknown.

Assistant United States Attorney, Patrick E. Corbett, and defense counsel, Adam K. Wolak, were both informed of Pretrial Services intent to request a warrant.

**PER YOUR HONORS INSTRUCTION, PRETRIAL SERVICES IS SUBMITTING THIS PETITION FOR ACTION TO THE COURT TO REVOKE BOND AND ISSUE A WARRANT.**

**THE COURT ORDERS:**

[ ]    No Action

[ ]    Modification of Pretrial Conditions as Requested

[ ]    Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ]    The Issuance of a Warrant [check one of the below]
      [ ]    Bond Cancellation
      [ ]    Defendant to appear before the Judge assigned to the case
      [ ]    Defendant to appear before the Duty Magistrate Judge

[ ]    The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[X]    Other: **The issuance of a Warrant. Upon Execution of the Warrant and Defendant's Arrest, Submission to the United States Marshal to being serving sentence.**

ORDER OF COURT

Considered and ordered this 2nd day of July, 2024 and ordered filed and made a part of the records in the above case.

_____s/JONATHAN J.C. GREY_____
Jonathan J.C. Grey
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 02, 2024

/s/ Demetrius Hardy

Demetrius Hardy
U.S. Pretrial Services Officer
(313) 234-5324

Place: Detroit, Michigan